# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CATHERYNNE W. KENDRICK,                                                      PLAINTIFF
ADC #708204

v.                                  NO. 1:08CV00059 JLH/JTR

JUDITH R. STEED, *et al.*                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff Kendrick's Motion for Voluntary Dismissal (docket entry #12) is GRANTED, and this case is DISMISSED, WITHOUT PREJUDICE.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), than an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 15th day of January, 2009.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE